UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

D. W., et al.

                          Plaintiff,

v.                                         Case No.: 1:12−cv−02276

                                               Honorable Milton I. Shadur

Board of Education of Proviso Township High Schools
District 209, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 27, 2012:

      MINUTE entry before Honorable Milton I. Shadur: Motion hearing held 6/27/12. Defendants' motion is granted without objection as to the Federal claims for lack of federal subject matter jurisdiction. With the predicate for federal subject matter jurisdiction thus lacking, the state law claims are also dismissed, but without prejudice to their possible reassertion in a state court of competent jurisdiction. Motion to dismiss [15] [17]is granted. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.